IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDRE BODY, #153504, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:12cv359-TMH |
| WARDEN HETZEL, et al., | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On May 25, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that plaintiff's motion to dismiss (Doc. # 4) is GRANTED. A separate judgment will be entered dismissing this case without prejudice.

Done this the 15th day of June, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE